KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

Attorneys for Plaintiff Umro Realty Corp
d/b/a The Agency

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UMRO REALTY CORP d/b/a THE AGENCY,<br><br>              Plaintiff,<br><br>   *vs.*<br><br>THE AGENCY, INC.,<br><br>              Defendant. | Case No. 2:16-cv-02130-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

The parties, plaintiff Umro Realty Corp. d/b/a The Agency and defendant The Agency, Inc., by counsel, hereby enter into this stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by which Plaintiff agrees to voluntarily dismiss its Complaint against Defendant without prejudice pursuant to settlement. The parties further stipulate that each party will bear its own fees and costs.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2038956_1.docx

Page 1 of 2

This Stipulation is signed by counsel for Umro Realty Corp d/b/a The Agency, and The Agency, Inc.

KAEMPFER CROWELL

By /s/ Joni A. Jamison
   Robert McCoy, No. 9121
   Joni A. Jamison, No. 11614
   1980 Festival Plaza Drive
   Suite 650
   Las Vegas, Nevada 89135

BARNES & THORNBURG LLP

By /s/ Jonathan P. Froemel
   Michael A. Carrillo *(pro hac vice)*
   Jonathan P. Froemel *(pro hac vice)*
   Genevieve E. Charlton *(pro hac vice)*
   One North Wacker Drive
   Suite 4400
   Chicago, Illinois 6060

*Attorneys for Plaintiff*

FISHERBROYLES, LLP

By /s/ Rob Phillips
   Rob Phillips
   FisherBroyles, LLP
   5670 Wilshire Blvd, Suite 1800
   Los Angeles, CA 90036

*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

_/s/ James C. Mahan_
UNITED STATES DISTRICT COURT JUDGE
DATED: September 29, 2017